IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:
DUSTIN ROYAL CHEVALIER,
MANDY RENEE CHEVALIER,
Debtor(s).

CASE NO. 21-31583-JDA
CHAPTER 13

## NOTICE OF TEMPORARY FORBEARANCE

| | |
|---|---:|
| Bankruptcy Court Claim #: | 12-1 |
| Effective Date of Forbearance: | 02/01/2022 |
| Number of monthly payments in Forbearance: | 2 |

SUMMIT FUNDING, INC. ("SERVICER") hereby provides notice that due to a recent financial hardship resulting directly or indirectly from the COVID-19 pandemic, the Debtor has requested, and SERVICER has provided a temporary suspension of mortgage payments. This short-term relief would be consistent with the COVID-19 relief available under the Coronavirus Aid, Relief, and Economic Security (CARES) Act.

During this short-term relief, all terms and provisions of the mortgage note and security instrument, other than the payment obligations, will remain in full force and effect unless otherwise adjusted by this court or through a loan modification.

During the forbearance period and up to and including the time when that period ends, SERVICER will work with the Debtor, the Debtor's attorney (if applicable) and the bankruptcy trustee on how to address the suspended payments in the long-term, including obtaining any necessary court consent and approval.

This Notice does not constitute an amendment or modification to the Debtor's plan of reorganization and does not relieve the Debtor of the responsibility to amend or modify the plan of reorganization to reflect the forbearance arrangement, if required.

To the extent that this Forbearance is modified, reduced or extended, the SERVICER will file an additional Notice with the Court.

*/s/ Mukta Suri*
Mukta Suri
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Summit Funding, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 21-31583-JDA |
| DUSTIN ROYAL CHEVALIER § | |
| MANDY RENEE CHEVALIER § | |
| DEBTORS § | CHAPTER 13 |
| § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before April 11, 2022 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Dustin Royal Chevalier
307 E Corunna Ave
Corunna, MI 48817

**Debtor**     *Via U.S. Mail*
Mandy Renee Chevalier
307 E Corunna Ave
Corunna MI 48817

**Debtors' Attorney**
Aaron J. Kenyon
Dietrich & Kenyon, Pllc
1427 West Saginaw Street, Suite 170
East Lansing, MI 48823

**Chapter 13 Trustee**
Carl Bekofske
400 N. Saginaw Street, Suite 331
Flint, Michigan 48502

**US Trustee**
Office of the U.S.Trustee
36 East Seventh Street, Suite 2030
Cincinnati, Ohio 45202

Respectfully Submitted,

/s/ Mukta Suri
_____
Mukta Suri
Authorized Agent for Summit Funding, Inc.
Bonial & Associates, P.C.
14841 Dallas Parkway Suite 425
Dallas Texas 75254
Email: POCInquiries@BonialPC.com

NOTICE OF TEMPORARY FORBEARANCE (DOCKET) - CERTIFICATE
OF SERVICE

9149N-0191